Date: 03/02/10

# DIVIDENDS REMITTED TO THE COURT

*mc*

*# 149904*  Page:

Case Number 08-17593 - RICHARDS, ROGER G

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| **Dominion East Ohio** | 000014 | **84.30** | 1.98 | *ck 113* |
| **PO Box 26785** | | | | |
| **Richmond, VA 23261-6785** | | | | |
| (14-1) GAS BILL | | | | |
| ACCOUNT NO. 9206 | | | | |
| **PYOD LLC its successors and assigns** | 000018 | **55.24** | 1.30 | *ck 117* |
| **c/o Resurgent Capital Services** | | | | |
| **PO Box 10587** | | | | |
| **Greenville, SC 29603-0587** | | | | |
| ACCOUNT NO. 4648 | | | | |

---------- Remittance Total --------------

**139.54**     **3.28**

MARVIN A. SICHERMAN, Trustee



2010 MAR -3 AM 10: 20
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND